UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :        **NOTICE OF APPEARANCE**
                                    :
ANDY MALDONADO                      :        08-mj-00814-UA
                                    :
         Defendant                  :
-------------------------------------------------------X

  PLEASE TAKE NOTICE that pursuant to applicable law, MORTON KATZ, ESQ., gives notice of its appearance herein on behalf of defendant, ANDY MALDONADO and requests that copies of any and all notices, papers, motions, pleadings and/or other documents filed with the Court herein be forwarded and served on said counsel at the address indicated below:

Morton Katz, Esq.
132 Nassau Street, Suite 900
New York, New York 10038
Tel. no.: (212) 267-6021
Fax no.: (212) 619-2340

Dated: New York, New York
   May 9, 2008

           Respectfully Submitted,

           By: /s/ Morton Katz
           Morton Katz, Esq. (MK8411)
           Attorney for Defendant ANDY MALDONADO
           132 Nassau Street, Suite 900
           New York, NY 10038
           (212) 267-6021